APR 1 0 2015

Clerk of Court

# UNITED STATES DISTRICT COURT

| <u>SOUTHERN</u> | DISTRICT OF | <u>TEXAS</u> |

UNITED STATES OF AMERICA
V.

Juana Maria VALDEZ-Cavazos
Mexican Citizen
YOB: 1960

**CRIMINAL COMPLAINT**

Case Number: M-15-0548-M

I, Ernest Baca, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about <u>April 09, 2015</u> in <u>Hidalgo</u> County, in the <u>Southern</u> District of <u>Texas</u> the defendant(s) did,

Knowing and in reckless disregard of the fact that Rogelio MERCADO-Alfaro and Octavio GUZMAN-Morales, who were aliens, who had come to, entered and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation; to wit a residence in Alton, Texas,

in violation of Title <u>8</u> United States Code, Section(s) <u>1324(a)(1)(A)(iii)</u>.

I further state that I am a(n) <u>Special Agent</u> and that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_EB_
Signature of Complainant

Ernest Baca, HSI Special Agent
Printed Name of Complainant

Approved to file Kimberly Ann Leo AUSA
Sworn to before me and signed in my presence,

April 10, 2014
Date

At McAllen, Texas
City and State

U.S. Magistrate Judge Dorina Ramos
Name and Title of Judicial Officer

_Donna Ramos_
Signature of Judicial Officer

**Attachment "A"**

On April 9, 2015, the Mission Police Department received a report of a stolen cargo trailer. At approximately 7:47am the Mission Police Department located and stopped a semi-truck hauling the stolen cargo trailer. The individual driving the truck was identified as James L. NICKERSON. A subsequent inspection of the cargo trailer revealed that Rogelio MERCADO-Alfaro and Octavio GUZMAN-Morales were located inside the cargo trailer. An additional twenty (20) illegal aliens were also discovered inside the cargo trailer.

On April 9, 2015, at approximately 10:49am, Special Agent Ernest Baca and Detective Gerardo Perez interviewed James L. NICKERSON. NICKERSON stated that followed an unidentified individual to a lot behind Pueblo Tire in Mission and hooked up the Cargo trailer. NICKERSON stated that he then followed the unidentified individual to a blue house and was instructed to back the tractor trailer up next to the house and then was instructed to take a ride with the unidentified individual. NICKERSON stated that shortly thereafter he was returned to the tractor trailer and instructed to drive to Highway 83 and travel west. NICKERSON was told that he would receive further instructions once on Highway 83.

Special Agent Baca and Task Force Officer Perez reviewed tracking information from the trailer's GPS tracking system. Tracking information from that morning identified 3508 Janie Street, Alton, Texas as being a possible location for the blue house mentioned by NICKERSON. A subsequent surveillance of 3508 Janie Street revealed that the location was in fact a blue house.

On April 9, 2015, at approximately 2:00pm, a consent search was conducted at 3508 Janie Street, Alton, Texas. Agents identified Juana Maria VALDEZ-Cavazos, a citizen of Mexico, as the person renting the residence. It was also determined at that time that VALDEZ-Cavazos was in the United States illegally. Agents subsequently transported VALDEZ-Cavazos to the Mission Police Department for further questioning.

On April 9, 2015, at approximately 3:06pm, Special Agent Ernest Baca and Task Force Officer Gerardo Perez informed VALDEZ-Cavazos of her Miranda Rights. VALDEZ-Cavazos waived her Miranda rights and agreed to answer questions. VALDEZ-Cavazos stated that she was contacted by a person she knew "Paola" to house and care for illegal aliens at her residence. VALDEZ-Cavazos was promised payment of $100 in United States Currency for each alien housed. VALDEZ-Cavazos stated that over a period of days individuals brought illegal aliens to her residence. VALDEZ-Cavazos stated that in the early morning two cars arrived with a tractor-trailer. VALDEZ-Cavazos further stated that approximately 20 aliens were loaded in to the cargo trailer through the back door of the residence and the tractor-trailer departed the residence.

On April 9, 2015, Octavio GUZMAN-Morales and Rogelio MERCADO-Alfaro both identified VALDEZ-Cavazos in a photo lineup as the caretaker of the residence they were being housed at before being loaded in to the cargo trailer.

Assistant United Attorney Leo J. Leo was contacted and presented the facts of the investigation. AUSA Leo accepted prosecution on VALDEZ-Cavazos for violations of 8USC1324.